for argument at the December term. Settle order on notice.

---

BRISCOE, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Elizabeth Briscoe against the Metropolitan Life Insurance Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent.

---

BROWN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by John Brown against the city of New York. T. Connoly, for appellant. T. Baumeister, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 57 Misc. Rep. 433, 108 N. Y. Supp. 555. Order filed.

---

BROWN v. NEWELL. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by H. Nelson Brown against Edgar A. Newell. No opinion. Motion granted, with $10 costs, unless appellant serves printed papers within 30 days and pays $10 costs of motion, in which case motion denied.

---

BUFFALO COMMERCIAL INS. CO., Appellant, v. GEORGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Buffalo Commercial Insurance Company against Eugene A. Georger and others. No opinion. Judgment affirmed, with separate bills of costs against the plaintiff in favor of each of the respondents Schoellkopf, Hoffeld, and Georger, but without costs to any other party on this appeal.

---

BURGHEN, Respondent, v. SAVAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department, October 14, 1908.) Action by William J. Burghen against Lawrence Savage and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

---

BURNS, Appellant, v. STAUNTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by George G. Burns against William Staunton and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that nonsuit was improper, and that the case should have been submitted to the jury.

McLENNAN, P. J., dissents.

---

In re BURWELL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) In the matter of the estate of Dudley Burwell, deceased.

PER CURIAM. All the motions to dismiss the appeals are denied, without costs. Leave is given to all the parties to give such additional security as is necessary to perfect their appeals. The matter of the settlement of the case and exceptions must be determined by the lower court. Motions with reference thereto are here improper. Order to be settled before Mr. Justice WILLIAMS on two days' notice.

---

BUSHINGER, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Charles W. Bushinger, as executor, etc., against Floy R. Miller, impleaded with others. No opinion. Judgment affirmed, with costs to respondent, payable out of the estate.

---

BUSHNELL, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Paul E. Bushnell, an infant, etc., against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

---

BUTTERICK PUB. CO., Respondent, v. CHABOT, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Butterick Publishing Company against Theodore J. Chabot. S. Bacon, for appellant. J. B. Sheehan, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and SCOTT, JJ., dissent.

---

CALVERT v. CALVERT. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by James A. Calvert against Rebecca M. Calvert.

PER CURIAM. Order modified, so as to permit the plaintiff to pay into court the sum of $250 in lieu of bond, as provided in section 3272 of the Code of Civil Procedure, and, as so modified, affirmed, without costs of this appeal to either party.

---

CARLSON, Respondent, v. VON HOVELING AMERICAN COMPOSITION CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Charles Carlson against the Von Hoveling American Composition Company, Limited. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that there is no satisfactory proof of negligence on the part of the defendant.